IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICKY SWEET,

    Petitioner,

vs.                                      CASE NO. 4:07cv295-SPM/WCS

WALTER A. McNEIL,

    Respondent.
_____/

**ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated May 2, 2008 (doc.18). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 18) is ADOPTED and incorporated by reference in this order.

2.    Ground two is dismissed for lack of subject matter jurisdiction.

3.    The procedural default defense to ground one is denied. Respondent shall file a response on the merits of ground one on or before July 7,

2008.

    4.    This case is remanded to the Honorable William C. Sherrill, Jr., United States Magistrate Judge for consideration of the merits of grounds one and three.

DONE AND ORDERED this 3rd day of June, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge