IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICKY SWEET,

    Petitioner,

vs.                                     Case No.: 4:07cv295-SPM/WCS

WALTER A. MCNEIL,

    Respondent.

_____/

## **ORDER**

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated September 18, 2008 (doc. 26). Petitioner has been furnished a copy and has filed objections (doc. 29) pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted.

Petitioner has failed to show that the state court's denial of his claims for prosecutorial misconduct and ineffective assistance of counsel were "contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States" or "based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding." 28 U.S.C. § 2254(d). Petitioner's argument that deference to the state court's decision is not warranted based on Romine v.

Head, 253 F.3d 1349, 1365 (11th Cir. 2001) is unavailing.  The Eleventh Circuit Court of Appeals has clarified that Romine is a "'narrow decision.'"  Parker v. Sec'y for the Dep't of Corr., 331F.3d 764, 775 (11th Cir. 2003) (quoting Isaacs v. Head, 300 F.3d 1232, 1258-60 (11th Cir. 2002).  The record in this case does not raise doubts about whether the state court applied the correct federal standards.  Nevertheless, the report and recommendation thoroughly addresses Petitioner's claims and demonstrates that they are without merit.  Accordingly, it is

ORDERED AND ADJUDGED:

1.  The magistrate judge's report and recommendation (doc. 26) is ADOPTED and incorporated by reference in this order.

2.  The § 2254 petition is denied.

DONE AND ORDERED this 21st day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

Case No.: 4:07cv295-SPM/WCS